# Third District Court of Appeal
## State of Florida

Opinion filed September 6, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1302
Lower Tribunal No. F12-10033

————————

**Arniel Mora Herrera,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.